# United States Court of Appeals
## For the First Circuit

No. 08-1818

EFRAÍN GONZÁLEZ-FUENTES, et al.,

Petitioners, Appellees,

v.

HON. CARLOS MOLINA, Secretary of Corrections and
Rehabilitation of Puerto Rico and Administrator of
Corrections of the Commonwealth of Puerto Rico,

Respondent, Appellant.

No. 08-1819

CARMEN RIVERA-FELICIANO, et al.

Plaintiffs, Appellees

v.

HON. LUIS FORTUNO BURSET, Governor of Puerto Rico;
HON. ROBERTO SANCHEZ-RAMOS, Secretary of Justice of the
Commonwealth of Puerto Rico; HON. CARLOS MOLINA, Secretary
of Corrections and Rehabilitation of Puerto Rico and
Administrator of Corrections of the Commonwealth of Puerto Rico;
HON. JOSE R. LOZADA, Director of the Bureau of Special
Investigations of the Commonwealth of Puerto Rico,

Defendants, Appellants

**ERRATA SHEET**

The opinion of this Court issued on June 10, 2010 is amended
as follows:

On page 21, note 10, line 1, replace "Nearly all" with
"Many"
On page 21, note 10, line 2, replace "One, however,
committed his crime" with "Some, however, committed their crimes"